# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN WALLACE, substituted on behalf of Linda Wallace, deceased

    **Plaintiff**

v.

NOVARTIS PHARMACEUTICALS CORP.

    **Defendant**

3:12-CV-1905
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27TH DAY OF NOVEMBER 2013, upon consideration of Defendant's Motion to Dismiss (Doc. 67) and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Brown's Order granting Plaintiff's Motion to Substitute is **VACATED.**

2. Defendant's Motion to Dismiss (Doc. 67) is **GRANTED** for:

    a. Plaintiff's failure to comply with the provisions of the MDL Court's Case Management Order;

    b. Plaintiff's failure to comply with FED. R. CIV. P. 25(a);

    c. Plaintiff's failure to comply with 20 PA. CONS. STAT. § 3375 (abatement statute); and

    d. Plaintiff's repeated dilatory conduct, analyzed under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863, 868 (3d Cir. 1984).

3. Therefore, Defendant's *Daubert* motions (Doc. 11-15; Doc. 55) are **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

2